■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN HENRY, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Ramirez, J.), rendered December 16, 1982, convicting him of robbery in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant contends that he was denied his right to a speedy trial pursuant to CPL 30.30. We do not agree. After subtracting periods of delay excludable pursuant to CPL 30.30 (4) *(see, People v Pappas,* 128 AD2d 556; *People v Seabrook,* 126 AD2d 583), the total time chargeable to the People is well within the permitted six calendar months which, in this case, totaled 182 days *(see, e.g., People v Pappas, supra; People v Jones,* 105 AD2d 179, 188, *affd sub nom. People v Anderson,* 66 NY2d 529, 540). Thus, the defendant's postreadiness motion to dismiss pursuant to CPL 30.30 *(see, People v Anderson, supra,* at 536; *People v Seabrook, supra)* was properly denied.

Inasmuch as there was no identification procedure conducted by the police, no preliminary hearing on this matter was required *(see, People v Robinson,* 117 AD2d 826).

Upon the exercise of our factual review power we are satisfied that the evidence was of sufficient quantity and quality to establish the defendant's guilt beyond a reasonable doubt. The defendant's trial attorney provided meaningful representation *(see, People v Baldi,* 54 NY2d 137).

We see no abuse of discretion in the sentence imposed by the court *(see, People v Suitte,* 90 AD2d 80).

Finally, we have considered the defendant's remaining contention and find it to be without merit. Brown, J. P., Niehoff, Sullivan and Harwood, JJ., concur.